## IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 7, 2012

No. 11-60483
Summary Calendar

Lyle W. Cayce
Clerk

YOLANDA LOWE

Plaintiff - Appellant

v.

AMERICAN EUROCOPTER, L.L.C.

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Mississippi
U.S. Dist. Ct. No. 1:10-CV-24

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Yolanda Lowe appeals the district court's summary judgment, based upon judicial estoppel, which had the effect of dismissing her employment discrimination claims. The district court concluded that Lowe's failure to schedule these claims on her bankruptcy schedules met the test for imposition of judicial estoppel against her. *See generally Reed v. City of Arlington,* 650 F.3d

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60483

571, 574 (5th Cir. 2011)(en banc)(listing elements necessary to support a finding of judicial estoppel).

In the district court, Lowe failed to file a response to the American Eurocopter's motion for summary judgment or otherwise raise any challenge to it in that court.  On appeal, American Eurocopter argues that she therefore failed to preserve any error in the district court.  We agree.  We "generally do not consider arguments raised for the first time on appeal." *Ries v. Page*, 610 F.3d 865, 871 (5th Cir. 2010).  Lowe did not file a reply brief in our court and has not argued anything that would take this case outside that general rule.

AFFIRMED.